C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
(9L6) 442-1924
Email: Mahlelaw@sbcglobal.net

Attorney for Defendant
HERNAN ISIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HERNAN ISIAS,<br><br>    Defendant. | Case No.:  CR.S. 04-305 DFL<br><br>REQUEST TO PHONE MEXICO AND ATTACHED ORDER |

HERNAN ISIAS hereby requests that he be able to telephone his family in Mexico from the Sacramento County Jail at his own expense. He has been incarcerated since August 2, 2004, and has not been able to speak with his family since that time. His mother has high blood pressure, and suffers from complications from that condition. The Sacramento County Jail will allow Mr. ISIAS to telephone his home in Mexico with an international calling card, if the Court so orders.

HERNAN ISIAS, X-reference No. 4054967, located at 5 West, Pod l04A(Note: Mr. ISIAS is incorrectly housed in the Sacramento County Jail as HERMAN ISAIS), hereby requests this Court order the Sacramento County Jail to grant him access to a telephone on which he can place a call to the home of his Mother, Adela Gallegos Garcia in Apatzingan, Michocan, Mexico, at 0ll-52-453-53-433-56, and that he be allowed to speak with him family members for at least twenty(20) minutes, or for such

longer time as the Sheriff may allow. This request is contingent upon the defendant's use of an international calling card so that no costs are incurred by the Sacramento County Jail.

DATE: September 20, 2005                                    Respectfully submitted,


                                      /s/ C. Emmett Mahle
                                      Attorney at Law
                                      For Defendant Hernan Isias


## ORDER

      Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or its agent or employee, consistent with security procedures, allow Defendant HERNAN ISIAS to place a telephone call to his family in Mexico with an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

DATED: 9/21/2005

                                      /s/ David F. Levi
                                      DAVID F. LEVI
                                      Chief United States District Court
                                      Judge