C. EMMETT MAHLE, SB#121931
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
**HERNAN ISAIS**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: S:04-305 DFL |
| Plaintiff, | REQUEST TO TELEPHONE MEXICO AND ATTACHED ORDER |
| vs. | |
| **HERNAN ISAIS,** | |
| Defendant | |

     I, C. EMMETT MAHLE, Have personal knowledge to those matters set forth in this declaration in support of allowing defendant Hernan Isais to telephone Mexico and if called to testify, could and would truly testify as follows:

     Hernan Isais hereby requests that he be allowed to telephone his family in Mexico from the Sacramento County Jail at his own expense.  He has been incarcerated since August 2, 2004, and has only had one opportunity since then to speak with them.  His mother suffers from high blood pressure and related complications.  The jail will allow Mr. Isais to telephone his home in Mexico with an international calling card, if the court so orders.

     Hernan Isais, x-ref 40584967, located in the Sacramento County Main Jail, 6 East, Pod 100, Cell 11A, hereby requests this court to order the Sacramento Jail to grant him access to a telephone on which he can place calls to the home of his mother, Adela Gallegos Garcia in Apatzingan, Michocan, Mexico, at 011-52-453-53-433-56, and that he be allowed to speak with his mother and other family members there

for as long as the Sheriff will allow. This request is contingent upon the defendant's use of an international calling card, any time he places a call, so that no costs are incurred by the Sacramento County jail. The government has no objection to this request.

    I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, except as to those items stated on information and belief, and to those items, believe them to be true. Executed in the County of Sacramento, State of California.

Dated: <u>February 2, 2007</u>

                                     /s/ C. Emmett Mahle
                                     C. EMMETT MAHLE
                                     Attorney for Defendant

### O R D E R

    The court having read and considered the attached declaration of attorney C. EMMETT MAHLE, It is hereby ordered that the Sacramento County Sheriff's Department, its agent or employee, consistent with security procedures, allow inmate Hernan Gallegos Isais to place telephone calls to his mother and other family members at the residence with an international telephone calling card so that there will be no long distance costs to the County of Sacramento.

**IT IS ORDERED**

Dated: _02/07/2007                         /s/ David F. Levi
                                     HONORABLE DAVID F. LEVI
                                     United States District Judge